No. 89-5860.  GAY v. ESPOSITO, SUPERINTENDENT, METRO CORRECTIONAL INSTITUTION.  C. A. 11th Cir.  Certiorari denied.

No. 89-5862.  TAYLOR v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89-5864.  BAKER v. UNITED STATES; and SHAW v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 883 F. 2d 13 (first case); 883 F. 2d 10 (second case).

No. 89-5866.  KOHLER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89-5872.  AVILA v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 89-5880.  WILLIAMS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 89-5885.  BARNETTE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89-5886.  ROGERS v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 89-5887.  WAGSTAFF-EL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89-5889.  MUSSER v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 89-5906.  DE LA ROSA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89-515.  ROCHESTER, NEW HAMPSHIRE, SCHOOL DISTRICT v. TIMOTHY W., BY HIS MOTHER AND NEXT FRIEND, CYNTHIA W.  C. A. 1st Cir.  Motions of National School Boards Association et al. and National League of Cities et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.